FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 JAN 23 PM 2:08
CLERK M. ARIN
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

WARREN PASCHAL, JR., )
)
Plaintiff, )
)
v. ) CV 316-083
)
SHAWN EMMONS, Warden; )
SGT. FOREMAN, CERT Team; and )
OFFICER HAYNES, CERT Team, )
)
Defendants. )

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. As the Magistrate Judge explained, in an Order dated November 8, 2016 (doc. no. 3), the Court instructed Plaintiff to return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty days. Plaintiff was further instructed that his failure to return the forms would be an election to have his case voluntarily dismissed. Although Plaintiff belatedly updated his address with the Court, (see doc. no. 9), which resolves the issue regarding Plaintiff's failure to keep his address current (see doc. no. 7), he still has not submitted the requisite forms provided to him over two months ago. Therefore his case is due to be dismissed.

Should Plaintiff decide that he wants to pursue his claims and is willing to comply with the instructions of the Court in a complete and timely fashion, nothing in this Order

adopting the recommendation for dismissal puts any additional restrictions on Plaintiff's future filing activities beyond those already in place for any prisoner filing a new case in federal court.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 23rd day of January, 2017, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE